UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: FLUOROQUINOLONE PRODUCTS LIABILITY LITIGATION | MDL No. 2642 |
| This Document Relates to All Cases | Master Docket Case No. 0:15-md-02642<br><br>Hon. Judge John R. Tunheim |

## NOTICE OF PARTICIPATION INSTRUCTIONS FOR
## CASE MANAGEMENT CONFERENCE

The Court has set the Initial Status Conference for this MDL on January 12, 2016, at 1:30 p.m. CST. For those parties who wish to participate via telephone:

Dial the following number = 888-684-8852
When prompted, type in the Access Code = 6707235
To join the Audio Conference press the "#" key
Enter Security Code __0112___ followed by the # key
At the tone, please speak your name
If the Host has not dialed in yet, you will hear an automated response saying "The host has not yet arrived, please stand by"
You will hear music on hold until your Host arrives

Dated: January 11, 2016                     Respectfully submitted,

                                            */s/ Yvonne M. Flaherty*
                                            Yvonne M. Flaherty, #267600
                                            **LOCKRIDGE, GRINDAL, NAUEN, P.L.L.P.**
                                            100 Washington Avenue South, Suite 2200
                                            Minneapolis, MN 55401
                                            Tel: 612-339-6900
                                            Fax: 612-339-0981
                                            ymflaherty@locklaw.com

                                            *Plaintiffs' Counsel*

1