# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE FLUOROQUINOLONE PRODUCTS LIABILITY LITIGATION | Case No. 15-md-02642-JRT |
| THIS DOCUMENT RELATES TO: ALL CASES | **PLACEHOLDER FOR PLAINTIFFS' MASTER COMPLAINT** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

## PLAINTIFFS' MASTER COMPLAINT

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal pursuant to a court order* (Document number of protective order: __)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version:   )

X___ Other (description): **Filed under seal per instructions of Judge Tunheim at the April 21, 2016 Status Conference.**

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

494149.1