# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: FLUOROQUINOLONE PRODUCTS LIABILITY LITIGATION | MDL No. 15-2642 (JRT) |
| This Document Relates to:<br><br>Civil Case No. 15-4567 (JRT)<br>*Darrell Slaven v. Johnson & Johnson, et al.* | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DARRELL SLAVEN** |

Having considered Baron & Budd, P.C.'s Motion to Withdraw as Counsel for Plaintiff Darrell Slaven [Docket No. 20], **IT IS HEREBY ORDERED** that the Motion be **GRANTED.**

The appearances of the law firm of Baron & Budd, P.C. and all attorneys entered for the above Plaintiff are hereby withdrawn as counsel for the above named Plaintiff. A copy of this Order shall be mailed to the above Plaintiff by the withdrawn attorneys immediately along with a letter advising the Plaintiff of any scheduled Court proceedings or pleading deadlines.

DATED: July 27, 2018　　　　　　　　　　　\_\_\_\_\_s/John R. Tunheim_____
at Minneapolis, Minnesota.　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　United States District Court