UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: FLUOROQUINOLONE PRODUCTS LIABILITY LITIGATION | MDL No. 15-2642 (JRT) |
| This Document Relates to All Cases | ORDER TO CONTINUE SEALING |

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Continued Sealing [Docket No. 669] is **GRANTED.**

Absent good cause and further Order of this Court, the Expert Report of Dr. Laura M. Plunkett, dated February 16, 2018 [Docket No. 616] and the Deposition Transcript of Dr. Laura M. Plunkett, dated April 25, 2018 [Docket No. 617] filed in connection with Defendants' Motion to Exclude Expert Testimony filed by Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, and Merck & Co., Inc. [Docket No. 613] shall remained sealed for a period of one year, until July 30, 2019, to maintain the designated confidential status, pursuant to the April 27, 2016 Protective Order, of both documents.

DATED: July 30, 2018            _____s/John R. Tunheim_____
at Minneapolis, Minnesota.            JOHN R. TUNHEIM
           Chief Judge
           United States District Court