# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: FLUOROQUINOLONE PRODUCTS LIABILITY LITIGATION | MDL No. 15-2642 (JRT) |
| This Document Relates to All Cases | **ORDER** |

Plaintiffs have moved to strike general liability and causation opinions from Defendants' case specific expert reports. Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Strike General Liability and Causation Opinions from Defendants' Case Specific Expert Reports [Docket No. 677] is **DENIED**.

However, the Court warns that it will not permit redundant testimony regarding general liability and causation at trial. Any further disputes regarding the scope of such expert testimony and regarding any related exhibits will be resolved as they arise in pretrial motions or during trial.

DATED: September 4, 2018             _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                  JOHN R. TUNHEIM
                                                            Chief Judge
                                       United States District Court