**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: FLUOROQUINOLONE PRODUCTS LIABILITY LITIGATION<br><br>-----------------------------------------------<br>This Document Relates to All Actions | MDL No. 15-2642 (JRT) |

---

**MOTION TO EXCLUDE TESTIMONY UNDER FEDERAL RULE OF EVIDENCE 702 AND *DAUBERT***

Plaintiffs respectfully move the Court for an order excluding testimony of Drs. Ruxana T. Sadikot, Sankar Swaminathan, and Murugappan Ramanathan related to the adequacy of the label, under Federal Rule of Evidence 702 and *Daubert*. This Motion is based upon the Memorandum of Law and upon all the files, records, and proceedings in this matter.

Dated: September 7, 2018

Respectfully submitted,

/s/ Bill Robins III
Bill Robins III
**ROBINS CLOUD LLP**
808 Wilshire Blvd., Suite 450
Santa Monica, CA 90401
Tel: (310) 929-4200
Fax: (310) 566-5900
robins@robinscloud.com
*Plaintiffs' Co-Lead Counsel*

Russell Budd
**BARON & BUDD, PC**
3102 Oak Lawn Ave Suite 1100
Dallas, TX 75219
Tel: (214) 521-3605
Fax: (214) 520-1181

rbudd@baronbudd.com
*Plaintiffs' Co-Lead Counsel*

Yvonne M. Flaherty
**LOCKRIDGE, GRINDAL, NAUEN, P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: 612-339-6900
Fax: 612-339-0981
ymflaherty@locklaw.com
*Plaintiffs' Liaison Counsel*