## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: FLUOROQUINOLONE PRODUCTS LIABILITY LITIGATION, | MDL No. 2642 |
| This document relates to: | Master Docket Case No. 0:15-md-02642 |
| **ALL CASES LISTED ON THE ATTACHED EXHIBIT A** | **ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Daniel Burke, **BERNSTEIN LIEBHARD LLP,** 10 East 40th Street, 28th Floor, New York, NY 10016, for plaintiffs.

Tracy J. Van Steenburgh, **NILAN JOHNSON LEWIS PA,** 120 South Sixth Street, Suite 400, Minneapolis, MN 55402, for defendants Janssen Pharmaceuticals, Inc., Janssen Research and Development LLC and Johnson & Johnson.

This matter is before the Court on the Stipulation for Voluntary Dismissal with Prejudice filed by the parties on October 11, 2018 [MDL Docket No. 706],

**IT IS HEREBY ORDERED** that the above-captioned cases be **DISMISSED WITH PREJUDICE**, each party to bear their own costs.  In cases listed on Exhibit A where there are additional defendants that remain in the matter at the time of this order, this matter is dismissed only as to Janssen Pharmaceuticals, Inc., Janssen Research and Development LLC and Johnson & Johnson.

Dated:  October 16, 2018
at Minneapolis, Minnesota

          s/John R. Tunheim
          JOHN R. TUNHEIM
          Chief Judge
          United States District Court

| **EXHIBIT A** ||| 
| :---: | :---: | :---: |
| <u>**No.**</u> | <u>**Plaintiff**</u> | **MN US District Court File #** |
| 1. | Michael Anderson | 18-cv-02345 |
| 2. | William Collins | 18-cv-02344 |
| 3. | Amy Staples | Not yet transferred to the MDL |
| 4. | Belinda Thompson | 18-cv-02404 |
| 5. | Joan Wilson | 18-cv-02090 |